# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CAPSTONE ASSOCIATED SERVICES, LTD., et al., §<br>Plaintiffs, § § § §<br>vs. §<br>§<br>GARY McNELLEY, et al., §<br>Defendants § | CIVIL ACTION NO.: 4:14-cv-00768 |

## JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS BY ALL PARTIES

TO THE HONORABLE JUDGE EWING WERLIEN:

COMES NOW, Capstone Associated Services, Ltd., together with its wholly owned subsidiary, Capstone Insurance Management (Anguilla), Ltd. (a/k/a Capstone Insurance Management, Ltd.) (collectively, "Capstone"), PoolRe Insurance Corp., and The Feldman Law Firm LLP and its lawyers (the "Firm") (collectively, the "Plaintiffs"), joined by Defendants Market Health, Inc., Gary McNelley, David Rivero, MH Export Corp., Solution Casualty Corp., and Nutrition Casualty Corp., Bowtrol Corporation, Card Mutual Inc., Daily Info Solutions, Inc., Database Management, LLC, Dermology Inc., E-Affiliate, Inc., GSCM Ventures, Inc., Park Place Strategies, Inc., Provillus Corporation, Revitol Corporation; Wyoming Licensing Company, LLC, MC Trust 2011 Irrevocable Trust, Gregg McNelley, Trustee; and David H. Rivero 2011 Irrevocable Trust, Daniel A. Rivero, Trustee (collectively, the "Defendants") (collectively, "Plaintiffs" and the "Defendants" are referred to as the "Parties") who file this Joint Motion to Dismiss with Prejudice All Claims by All Parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Plaintiffs and Defendants have entered into a confidential settlement agreement and no longer wish to prosecute any of their claims in this lawsuit.  Accordingly, the Parties request an order of dismissal with prejudice from this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), forever dismissing all claims brought by the Parties in this case, with all costs and attorney's fees to be taxed and paid against the Party incurring same.

The Parties also request that the Court express in its order that it retains continuing jurisdiction to enforce the terms of the Parties' confidential settlement agreement.

Respectfully submitted,

By:    */s/ Joseph F. Greenberg by permission*
John R. Craddock
State Bar No. 04969800
Stewart A. Feldman
State Bar No. 06887600
Joseph F. Greenberg
State Bar No. 24059856
THE FELDMAN LAW FIRM LLP
Two Post Central
980 Post Oak Blvd., Suite 1900
Houston, Texas  77056-3850
713.850.0700 ▪ 713.850.8530 (fax)

**ATTORNEYS FOR THE FELDMAN LAW FIRM LLP**

By:    */s/ L. Andy Paredes by permission*
L. Andy Paredes
State Bar No. 00788162
Two Post Central
1980 Post Oak Blvd., Suite 1950
Houston, Texas  77056-3850
713.800.0550 ▪ 713.623.0329 (fax)

**ATTORNEY FOR THE CAPSTONE ENTITIES AND POOLRE INSURANCE CORP.**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:    */s/ William R. Moye*
William R. Moye
*Attorney-In-Charge*
State Bar No. 24027553
Southern District of Texas No. 34007
Kevin F. Risley
State Bar No. 16941200
Southern District of Texas No. 3491
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8389; Fax (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record and/or parties of record by way of the CM/ECF system on the January 27, 2015.

                                     /s/ William R. Moye
                                     William R. Moye